IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| HEARTBRAND BEEF, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 6:08-cv-00062 |
| | § | |
| LOBEL'S OF NEW YORK, LLC, | § | |
| WORLDWIDE MEDIA, INC., | § | |
| THOUGHT CONVERGENCE, INC. | § | |
| AND YAHOO! INC., | § | |
| | § | |
| Defendants. | § | |

**ORDER ON DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO MOVE OR OTHERWISE PLEAD**

On this 10th day of Sept., 2008, came on to be considered Defendant Yahoo!, Inc.'s Unopposed Motion for Second Extension of Time to Move or Otherwise Plead. The Court, having heard the arguments of counsel and reviewed the pleadings on file, finds that the motion is well taken.

It is therefore ORDERED that Defendant's deadline to move or otherwise plead in this cause is extended until October 6, 2008.

SIGNED this 10th day of September, 2008.

_____
United States District Judge