UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED
OCT 0 1 2008
Michael N. Milby, Clerk of Court

# MOTION AND ORDER
# FOR ADMISSION *PRO HAC VICE*

| VICTORIA | 6:08-cv-00062 |
|---|---|
| HEARTBRAND BEEF, INC., Plaintiff, | |
| LOBEL'S OF NEW YORK, LLC, ET AL., Defendants. | |

This lawyer, who is admitted either to the State Bar of Texas or to another federal district court:

| | Howard S. Michael<br>BRINKS HOFER GILSON & LIONE<br>455 N. Cityfront Plz. Dr.<br>Chicago, Illinois 60611<br>(312) 321-4200<br>ILLINOIS, #6256396<br>Northern District of IL  (1998) |
|---|---|

Seeks to appear as the attorney for this party:

| YAHOO! INC. |
|---|

| Dated: 9-25-08 | Signed: _____ |
|---|---|

### ORDER

This lawyer is admitted *pro hac vice*.

Signed on _____, _____.    _____
                                              United States District Judge

SDTX (d_prohac.ord)
02/03/98