UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF [TEXAS]

**UNITED STATES COURTS**
**SOUTHERN DISTRICT OF TEXAS**
**FILED**
**OCT 0 1 2008**
Michael N. Milby, Clerk of Court

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| VICTORIA | 6:08-cv-00062 |
|---|---|
| HEARTBRAND BEEF, INC., Plaintiff, | |
| LOBEL'S OF NEW YORK, LLC, ET AL., Defendants. | |

This lawyer, who is admitted either to the State Bar of Texas or to another federal district court:

> Howard S. Michael
> BRINKS HOFER GILSON & LIONE
> 455 N. Cityfront Plz. Dr.
> Chicago, Illinois 60611
> (312) 321-4200
> ILLINOIS, #6256396
> Northern District of IL (1998)

Seeks to appear as the attorney for this party:

| YAHOO! INC. |
|---|
| Dated: 9-25-08    Signed: _[signature]_ |

### ORDER

This lawyer is admitted *pro hac vice*.

Signed on October 6, 2008.          _[signature]_
                                     John D. Rainey
                                     United States District Judge

SDTX (d_prohac.ord)
03/03/98