UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED
OCT 0 1 2008
Michael N. Milby, Clerk of Court

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

| VICTORIA | 6:08-cv-00062 |
|---|---|
| HEARTBRAND BEEF, INC., Plaintiff, | |
| LOBEL'S OF NEW YORK, LLC, ET AL., Defendants. | |

This lawyer, who is admitted either to the State Bar of Texas or to another federal district court:

David S. Fleming
BRINKS HOFER GILSON & LIONE
455 N. Cityfront Plz. Dr.
Chicago, Illinois 60611
(312) 321-4200
ILLINOIS, #6180222
Northern District of IL (1981)

Seeks to appear as the attorney for this party:

YAHOO! INC.

Dated: 9/25/08    Signed: /s/ David S. Fleming

**ORDER**

This lawyer is admitted *pro hac vice*.

Signed on October 6, 2008.

John D. Rainey
United States District Judge

SDTX (d_prohac.ord)
03/03/98