Heartbrand Beef, Inc. v. Lobel's of New York, LLC et al Doc. 27

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| Heartbrand Beef, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>Lobel's of New York, LLC &<br>Worldwide Media, Inc.<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO.<br>6:08-cv-00062 |

**WORLDWIDE MEDIA, INC.'S MOTION TO DISMISS AMENDED COMPLAINT FOR FOR LACK OF PERSONAL JURISDICTION PURSUANT TO FED. R. CIV. P. 12(B)(2); OR, IN THE ALTERNATIVE, MOTION TO DISMISS AMENDED COMPLAINT FOR IMPROPER VENUE PURSUANT TO FED. R. CIV. P. 12(B)(3); OR, IN THE ALTERNATIVE, MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1406(a)**

Worldwide Media, Inc. ("Worldwide"), Defendant, pursuant to Federal Rule of Civil Procedure 12(b)(2), requests that the Court dismiss the Amended Complaint of Heartbrand Beef, Inc. ("Heartbrand") for lack of personal jurisdiction; or, in the alternative, pursuant to Federal Rule of Civil Procedure 12(b)(3), dismiss Heartland's claim because of improper venue; or, in the alternative, pursuant to 28 U.S.C. § 1406(a), transfer the venue of this lawsuit to the Southern District of Florida.

These Motions are supported by the Affidavit of Michael H. Berkens, which is attached as Exhibit "A," and Worldwide's Memorandum of Law, filed concurrently, both of which are incorporated by reference. A proposed order is attached to these Motions.

Worldwide Media, Inc., Defendant, respectfully requests that this Court dismiss the Amended Complaint of Heartland Beef, Inc., Plaintiff, for lack of personal jurisdiction; or, in the alternative, dismiss the Amended Complaint for improper venue; or, in the alternative, transfer



Dockets.Justia.com

venue in this lawsuit to the Southern District of Florida; and grant it whatever other and further relief as the Court deems just, equitable and proper.

Respectfully submitted,

COX SMITH MATTHEWS INCORPORATED
112 E. Pecan Street, Suite 1800
San Antonio, Texas 78205
(210) 554-5500
(210) 226-8395 (Fax)

By: /s/ C. David Kinder
C. David Kinder
State Bar No. 11432550
dkinder@coxsmith.com
Dan Harkins
State Bar No. 09008990
dharkins@coxsmith.com

Attorneys for Defendant,
Worldwide Media, Inc.

## CERTIFICATE OF CONFERENCE

I certify that counsel for Worldwide Media, Inc. conferred in good faith with counsel for Heartbrand Beef, Inc. regarding Worldwide Media, Inc.'s Motions. Counsel for Heartbrand Beef, Inc. opposes these Motions. Therefore, these Motions are presented to the Court for determination.

/s/ C. David Kinder
C. David Kinder

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of October, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel of record:

Ted D. Lee
Gunn & Lee, P.C.
700 North St. Mary's Street, #1500
San Antonio, Texas 78205
Counsel for Plaintiff

George A. Yuhas
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, California 94105
Counsel for Defendant Thought Convergence, Inc.

Annalyn G. Smith
Bracewell & Giuliani LLP
106 South St. Mary's Street, #800
San Antonio, Texas 78205

David S. Fleming, Lead Attorney
Brinks Hofer Gilson Lione
455 North Cityfront Plaza Dr., #3600
Chicago, Illinois 60611-5599
Counsel for Defendant Yahoo! Inc.

I certify that a true and correct copy of Worldwide Media, Inc.'s Memorandum in Support of Motion to Dismiss has been delivered to the following counsel of record on the 10th day of October, 2008:

Randolph Wolfe
Foley & Lardner LLP
100 North Tampa Street, # 2700
Tampa, Florida 33602
Counsel for Defendant Worldwide Media, Inc.

***Via Facsimile #(813) 221-4210 and Certified Mail, RRR***

Gregg S. Baker, Attorney-in-Charge
New York State Bar No. 2223196
Corrigan & Baker, LLC
1311 Mamaroneck Avenue, #215
White Plains, New York 10605
Counsel for Defendant Lobel's of New York, LLC

***Via Facsimile #(914) 468-0199 and Certified Mail, RRR***

/s/ C. David Kinder
C. David Kinder
Dan Harkins



2386329.1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| HEARTBRAND BEEF, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. |
| | § | 6:08-cv-00062 |
| LOBEL'S OF NEW YORK, LLC, | § | |
| WORLDWIDE MEDIA, INC., THOUGHT | § | |
| CONVERGENCE, INC. and YAHOO! INC. | § | |
| | § | |
| Defendants. | § | |

**ORDER GRANTING DEFENDANT'S MOTION TO DISMISS**

On this day came to be considered Defendant, Worldwide Media, Inc.'s, Motion to Dismiss for Lack of Personal Jurisdiction. The Court, having considered the Motion and response thereto, and having reviewed the file herein, is of the opinion that the Motion should be granted.

It is therefore ORDERED, ADJUDGED and DECREED that the Motion to Dismiss for Lack of Personal Jurisdiction is granted.

Signed and entered this ____ day of ______________, 2008.

______________________________
UNITED STATES DISTRICT JUDGE