UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| Heartbrand Beef, Inc., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. |
| | § | 6:08-cv-00062 |
| Lobel's of New York, LLC & | § | |
| Worldwide Media, Inc. | § | |
| | § | |
| Defendants. | § | |

**CORPORATE DISCLOSURE STATEMENT OF**
**DEFENDANT WORLDWIDE MEDIA, INC.**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE

Worldwide Media, Inc. ("Worldwide"), Defendant, a Florida limited liability company, by and through its undersigned counsel, files this Corporate Disclosure Statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and states that:

1. Worldwide has no parent corporation; and

2. no publicly held corporation owns 10% or more of Worldwide stock.

              Respectfully submitted,

              COX SMITH MATTHEWS INCORPORATED
              112 E. Pecan Street, Suite 1800
              San Antonio, Texas 78205
              (210) 554-5500
              (210) 226-8395 (Fax)

              By: /s/ C. David Kinder
                C. David Kinder
                State Bar No. 11432550
                dkinder@coxsmith.com
                Dan Harkins
                State Bar No. 09008990
                dharkins@coxsmith.com

2387523.1

Attorneys for Defendant,
Worldwide Media, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of October, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel of record:

Ted D. Lee
Gunn & Lee, P.C.
700 North St. Mary's Street, #1500
San Antonio, Texas 78205
Counsel for Plaintiff

George A. Yuhas
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, California 94105
Counsel for Defendant Thought Convergence, Inc.

Annalyn G. Smith
Bracewell & Giuliani LLP
106 South St. Mary's Street, #800
San Antonio, Texas 78205

David S. Fleming, Lead Attorney
Brinks Hofer Gilson Lione
455 North Cityfront Plaza Dr., #3600
Chicago, Illinois 60611-5599
Counsel for Defendant Yahoo! Inc.

2387523.1

I certify that a true and correct copy of Worldwide Media, Inc.'s Memorandum in Support of Motion to Dismiss has been delivered to the following counsel of record on the 10th day of October, 2008:

Randolph Wolfe  *Via Facsimile #(813) 221-4210 and*
Foley & Lardner LLP  *Certified Mail, RRR*
100 North Tampa Street, # 2700
Tampa, Florida 33602
Counsel for Defendant Worldwide Media, Inc.

Gregg S. Baker, Attorney-in-Charge  *Via Facsimile #(914) 468-0199 and*
New York State Bar No. 2223196  *Certified Mail, RRR*
Corrigan & Baker, LLC
1311 Mamaroneck Avenue, #215
White Plains, New York 10605
Counsel for Defendant Lobel's of New York, LLC

/s/ C. David Kinder
C. David Kinder
Dan Harkins

2387523.1