UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED

OCT 0 7 2008

Michael N. Milby, Clerk of Court

# MOTION AND ORDER
# FOR ADMISSION *PRO HAC VICE*

| Division | Victoria | Case Number | 6:08-cv-00062 |
|---|---|---|---|
| HEARTBRAND BEEF, INC. ||||
| *versus* ||||
| LOBEL'S OF NEW YORK, LLC, WORLDWIDE MEDIA, INC., THOUGHT CONVERGENCE, INC., and YAHOO! INC. ||||

This lawyer, who is admitted either to the State Bar of Texas or to another federal district court:

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Admitted U.S. District Court for: | Gregg S. Baker<br>Corrigan & Baker, LLC<br>1311 Mamaroneck Avenue, Suite 215<br>White Plains, New York 10605<br>(914) 468-0190<br>NYS Bar No. 2223196<br>Southern District of New York |
|---|---|

Seeks to appear as the attorney for this party:

| LOBEL'S OF NEW YORK, LLC |
|---|
| Dated: 10/6/08     Signed: *[signature]* |

## ORDER

This lawyer is admitted *pro hac vice.*

Signed on _____, _____.   _____
                                                                                            United States District Judge