UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

OCT 0 7 2008

Michael N. Milby, Clerk of Court

| | |
|---|---|
| HEARTBRAND BEEF, INC. | ) |
| Plaintiff, | ) Civil Action No. 6:08-cv-00062 |
| vs. | ) Judge John D. Rainey |
| LOBEL'S OF NEW YORK, LLC, WORLDWIDE MEDIA, INC., THOUGHT CONVERGENCE, INC. and YAHOO! INC. | ) |
| Defendants. | ) |

## CORPORATE DISCLOSURE STATEMENT OF DEFENDANT LOBEL'S OF NEW YORK, LLC

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

Defendant Lobel's of New York, LLC, a New York limited liability company ("Lobel's"), by and through its undersigned counsel, files this Corporate Disclosure Statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and states that:

1. Lobel's has no parent corporation; and

2. No publicly held corporation owns 10% or more of Lobel's stock.

Respectfully submitted,

_____
Gregg S. Baker, Attorney-in-Charge
New York State Bar No. 2223196
Admitted Pro Hac Vice
CORRIGAN & BAKER, LLC
1311 Mamaroneck Avenue, Suite 215
White Plains, New York 10605
Telephone: (914) 468-0190
Facsimile: (914) 468-0199
gbaker@corriganbaker.com
Counsel for Defendant Lobel's of New York, LLC