Ted D. Lee*
John C. Cave
Miguel Villarreal, Jr.
Robert L. McRae
Michael D. Paul
Edward B. Marvin
Robert A. McFall†

# GUNN & LEE, P.C.

**Attorneys at Law**
700 N. St. Mary's Street, Suite 1500
San Antonio, Texas 78205
Telephone: (210) 886-9500
Facsimile: (210) 886-9883
www.gunn-lee.com

\* Board Certified:
    Civil Trial Law

† Patent Agent Consultant

G-8736.1

October 31, 2008

Clerk of Court
United States District Court
Southern District of Texas
P.O. Box 1638
Victoria, TX 77902

**Re:    Civil Action No. 6:08-cv-00062; Heartbrand Beef, Inc. v. Lobel's of New York, LLC et al; United States District Court, Southern District of Texas, Victoria Division**

Dear District Clerk:

     Pursuant to a telephone conversation with the Court's Case Manager, Joyce Richards, this letter is to inform the Court that the following counsel will be appearing by telephone at Monday's (November 3, 2008) Scheduling Conference at 9:40 a.m. CST:

1. Ted D. Lee, counsel for Plaintiff Heartbrand Beef, Inc.
   Telephone No.: (210) 886-9500

2. Howard Michael, counsel for Defendant Yahoo! Inc.
   Telephone No.: (312) 321-4244

3. Richard Danysh, counsel for Defendant Yahoo! Inc.
   Telephone No.: (210) 299-3475

4. Yas Raouf, on behalf of Defendant Thought Convergence, Inc.
   Telephone No.: (415) 773-4274

5. Gregg Baker, counsel for Defendant Lobel's of New York, LLC
   Telephone No.: (914) 468-0193

6. C. David Kinder, counsel for Worldwide Media, Inc.
   Telephone No.: (210) 554-5421

I will be arranging the conference call where an operator will call all the attorneys, get them on the line, and then call Judge John D. Rainey at (361) 788-5030.

Sincerely,

Ted D. Lee

cc: Keith O'Gorman
Ron Beeman

## CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of October, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Annalyn G. Smith
Bracewell & Giuliani, LLP
106 S. St. Mary's Street, Suite 800
San Antonio, TX 78205
**Defendant Yahoo! Inc.**

Randolph Wolfe
Foley & Lardner LLP
100 North Tampa Street
San Francisco, CA 94105
**Defendant Worldwide Media, Inc.**

David S. Fleming
Howard S. Michael
Brinks Hofer Gilson & Lione
455 N. City Front Plz. Dr.
Chicago, IL 60611
**Defendant Yahoo! Inc.**

C. David Kinder
Dan Harkins
Cox Smith Matthews Incorporated
112 E. Pecan Street, Suite 1800
San Antonio, TX 78205
**Defendant Worldwide Media, Inc.**

George A. Yuhas
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
**Defendant Thought Convergence, Inc.**

Gregg S. Baker
John Corrigan
Corrigan & Baker LLC
1311 Mamaroneck Ave. Suite 215
White Plains, NY 10605
**Defendant Lobel's of New York, LLC**

/s/ Ted D. Lee