UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| HEARTBRAND BEEF, INC. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Civil Action No. 6:08-cv-00062 |
| | § | |
| LOBEL'S OF NEW YORK, LLC, | § | |
| WORLDWIDE MEDIA, INC., THOUGHT | § | |
| CONVERGENCE, INC. and YAHOO! INC. | § | |
| Defendants. | § | |

## ORDER

On this day came on for consideration "Unopposed Motion for Extension of Time to Respond to Defendant Worldwide Media, Inc.'s Motion to Dismiss", and the Court, after considering the Motion, pleadings and arguments of counsel, is of the opinion that the Motion is well taken and should be GRANTED.

It is therefore ORDERED that Plaintiff's deadline to respond to "Worldwide Media, Inc.'s Motion to Dismiss Amended Complaint for Lack of Personal Jurisdiction Pursuant to Fed.R.Civ.P. 12(b)(2); or, in the Alternative, Motion to Dismiss Amended Complaint for Improper Venue Pursuant to Fed.R.Civ.P. 12(b)(3); or, in the Alternative Motion to Transfer Venue Pursuant to 28 U.S.C. §1406(a)" (Docket No. 27) is extended to November 6, 2008.

SIGNED this **30** day of _October_, 2008.

John D. Rainey
United States District Judge

1