UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS



United States District Court
Southern District of Texas
FILED

OCT 3 0 2008

Michael N. Milby, Clerk

# MOTION AND ORDER
# FOR ADMISSION *PRO HAC VICE*

| Division | VICTORIA | Case Number | 6:08-cv-00622 |
|---|---|---|---|

HEARTBRAND BEEF, INC.

*versus*

LOBEL'S OF NEW YORK, LLC; WORLDWIDE MEDIA, INC., THOUGHT CONVERGENCE, INC., AND YAHOO! INC.

This lawyer, who is admitted either to the State Bar of Texas or to another federal district court:

| Name | YAS RAOUF |
|---|---|
| Firm | ORRICK, HERRINGTON & SUTCLIFFE, LLP |
| Street | 405 HOWARD STREET |
| City & Zip Code | SAN FRANCISCO, CA 94105 |
| Telephone | 415.773.4274 |
| Licensed: State & Number | CALIFORNIA 254962 |
| Admitted U.S. District Court(s) | N. DISTRICT OF CALIFORNIA |

Seeks to appear as the attorney for this party:

THOUGHT CONVERGENCE, INC.

Dated: OCT 28, 2008    Signed: [signature]

## ORDER

This lawyer is admitted *pro hac vice*.

Signed on November 3, 2008    [signature]
United States District Judge

SDTX (d_prohac.ord)
02/03/98