# CONFERENCE MEMORANDUM

Case No. **V-08-62**

**HEARTBRAND BEEF, INC.** vs. **LOBEL'S OF NEW YORK, LLC, et al.**

Date / Time: **November 3, 2008 @ 9:40**

Appearance:                                    Reporter: None

Counsel:                                       Representing:

Ted Lee                                        Plaintiff
Howard S. Michael                              Defendant Yahoo
David Kinder                                   " Worldwide
Gregg Baker                                    " Lobel's
Yas Raouf                                      " Thought Conv.
Richard Domysh                                 " Yahoo

## ORDER FOLLOWING CONFERENCE

Rule 16 conference held by telephone. Scheduling order signed.

Time: **20**

Date: **November 3, 2008**

*John D. Rainey*
JOHN D. RAINEY
UNITED STATES DISTRICT JUDGE