IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| **HEARTBRAND BEEF, INC.** | § | |
| Plaintiffs, | § | |
| VS. | § | |
| | § | CIVIL ACTION NO. **V-08-62** |
| **LOBEL'S OF NEW YORK, LLC, et al.** | § | |
| Defendants | § | |

## SCHEDULING ORDER

1. TRIAL
   a. Estimated days to try: __5__
   b. Trial to be jury or non-jury: __N/J__

2. NEW PARTIES must be joined by: __N/A__
   Party requesting joinder shall furnish a copy
   of this order to new parties.

3. EXPERT WITNESSES for party with burden of proof
   shall be named and a report furnished by: __4/30/09__

   EXPERT WITNESSES for respondent shall be named
   and a report furnished by: __6/12/09__

4. DISCOVERY must be completed by: __7/31/09__
   Counsel may, by agreement, continue discovery beyond deadline, but
   there will be no intervention by the Court.

5. MOTIONS will be filed by: __8/14/09__

6. JOINT PRETRIAL ORDER is due: __10/23/09__

7. TRIAL is set during the **month** of: __November 2009__

Date: __November 3, 2008__

JOHN D. RAINEY
UNITED STATES DISTRICT JUDGE