IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| HEARTBRAND BEEF, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 6:08-cv-00062 |
| | § | |
| LOBEL'S OF NEW YORK, LLC, | § | |
| WORLDWIDE MEDIA, INC., | § | |
| THOUGHT CONVERGENCE, INC. | § | |
| AND YAHOO! INC., | § | |
| | § | |
| Defendants. | § | |

**ORDER GRANTING DEFENDANT YAHOO! INC.'S MOTION FOR LEAVE TO FILE DEFENDANT'S REPLY TO PLAINTIFF'S RESPONSE TO MOTION TO DISMISS**

On this day came on to be considered Defendant Yahoo! Inc.'s Motion for Leave to File Defendant Yahoo! Inc.'s Reply to Plaintiff's Response to Defendant Yahoo! Inc.'s Motion to Dismiss. Having considered the motion, the Court is of the opinion that is should be granted.

It is according ORDERED that Defendant Yahoo! Inc.'s Reply to Plaintiff's Response to Defendant Yahoo! Inc.'s Motion to Dismiss be and is hereby GRANTED and said Reply is hereby filed as of this date.

Signed this 3rd day of November, 2008.

John D. Rainey
UNITED STATES DISTRICT JUDGE

Dockets.Justia.com