UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| HEARTBRAND BEEF, INC. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Civil Action No. 6:08-cv-00062 |
| | § | |
| LOBEL'S OF NEW YORK, LLC, | § | |
| WORLDWIDE MEDIA, INC. THOUGHT | § | |
| CONVERGENCE, INC. and YAHOO! INC. | § | |
| Defendants. | § | |

# JOINT MOTION TO DISMISS
# DEFENDANT, LOBEL'S OF NEW YORK, LLC WITH PREJUDICE

Plaintiff, Heartbrand Beef, Inc. ("Heartbrand") and Defendant, Lobel's of New York, LLC ("Lobel's") hereby file this "Joint Motion to Dismiss Defendant, Lobel's of New York, LLC With Prejudice", and jointly state the following:

1. Heartbrand and Lobel's have resolved the differences and disputes between them with regard to the above-referenced and numbered cause.

2. To memorialize the resolution of such differences, Heartbrand and Lobel's have entered into a Confidential Settlement Agreement. That Agreement not only settles the disputes and differences between Heartbrand and Lobel's, but also Lobel's subsidiary, Lobel's of New York, LLC, a Delaware Limited Liability Company ("Lobel's – Delaware").

3. Pursuant to the Confidential Settlement Agreement, Lobel's and Heartbrand hereby move the Court to dismiss Lobel's from the above-identified lawsuit with prejudice.

4. Currently pending before the Court is Heartbrand's Motion for Leave to File Second Amended Complaint (Docket No. 38). In that Motion, Heartbrand moves the Court to file a Second Amended Complaint, which added Lobel's – Delaware as a party to the above-identified lawsuit. Because Heartbrand has settled its differences with Lobel's and Lobel's –

1

Delaware, Heartbrand"'s Motion for Leave to File Second Amended Complaint should be denied as moot simultaneously with dismissal of Lobel's with prejudice.

5.  Currently pending before the Court is Lobel's Motion to Dismiss Under FRCP Rule 12(B) (Docket No. 31). In that Motion, Lobel's moves the Court to dismiss the Complaint with respect to Lobel's for lack of personal jurisdiction, improper venue, and failure to join a required party. Because Lobel's has settled its differences with Heartbrand, Lobel's Motion to Dismiss Under FRCP Rule 12(B) should be denied as moot simultaneously with dismissal of Lobel's with prejudice.

WHEREFORE, PREMISES CONSIDERED, Plaintiff, Heartbrand Beef, Inc. and Defendant, Lobel's of New York, LLC pray that this Court dismiss Lobel's of New York, LLC from this lawsuit with prejudice.

Respectfully submitted,

By: /s/ Ted D. Lee
Ted D. Lee
State Bar No. 12137700
GUNN & LEE, P.C.
700 North St. Mary's St., Suite 1500
San Antonio, Texas 78205
(210) 886-9500 Telephone
(210) 886-9883 Facsimile
COUNSEL FOR PLAINTIFF
HEARTBRAND BEEF, INC.

By: /s/ Gregg S. Baker
Gregg S. Baker
New York State Bar No. 2223196
Corrigan & Baker, LLC
1311 Mamaroneck Avenue, Suite 215
White Plains, New York 10605
(914) 468-0190 (Telephone)
(914) 468-0199 (Telefax)
COUNSEL FOR DEFENDANT
LOBEL'S OF NEW YORK, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of November, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:


Annalyn G. Smith
Bracewell & Giuliani, LLP
106 S. St. Mary's Street, Suite 800
San Antonio, TX 78205
**Defendant Yahoo! Inc.**

David S. Fleming
Howard S. Michael
Brinks Hofer Gilson & Lione
455 N. City Front Plz. Dr.
Chicago, IL 60611
**Defendant Yahoo! Inc.**

George A. Yuhas
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
**Defendant Thought Convergence, Inc.**

Randolph Wolfe
Foley & Lardner LLP
100 North Tampa Street
San Francisco, CA 94105
**Defendant Worldwide Media, Inc.**

C. David Kinder
Dan Harkins
Cox Smith Matthews Incorporated
112 E. Pecan Street, Suite 1800
San Antonio, TX 78205
**Defendant Worldwide Media, Inc.**


/s/ Ted D. Lee