UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| HEARTBRAND BEEF, INC. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Civil Action No. 6:08-cv-00062 |
| | § | |
| LOBEL'S OF NEW YORK, LLC, | § | |
| WORLDWIDE MEDIA, INC. THOUGHT | § | |
| CONVERGENCE, INC. and YAHOO! INC. | § | |
| Defendants. | § | |

# JOINT MOTION TO DISMISS
# DEFENDANT, WORLDWIDE MEDIA, INC. WITH PREJUDICE

Plaintiff, Heartbrand Beef, Inc. ("Heartbrand") and Defendant, Worldwide Media, Inc. ("Worldwide") hereby jointly file this "Joint Motion to Dismiss Defendant, Worldwide Media, Inc. With Prejudice", and jointly state the following:

1. Heartbrand and Worldwide have resolved the differences and disputes between them with regard to the above-styled and numbered cause.

2. The resolution of the differences between Heartbrand and Worldwide are memorialized in a Confidential Settlement Agreement.

3. Pursuant to the terms of the Confidential Settlement Agreement, Heartbrand and Worldwide jointly move the Court to dismiss Worldwide from this lawsuit with prejudice.

4. Currently pending before the Court is "Worldwide Media, Inc.'s Motion to Dismiss Amended Complaint for Personal Jurisdiction Pursuant to Fed. R. Civ. P. 12(b)(2); or In The Alternative, Motion to Dismiss Amended Complaint for Improper Venue Pursuant to Fed. R. Civ. P. 12(b)(3); or In The Alternative, Motion to Transfer Venue Pursuant to 28 U.S.C. § 1406(a)" (Docket No. 27) and Memorandum in Support Thereof (Docket No. 28). Because Heartbrand and Worldwide have resolved the differences and disputes between them,

1

Worldwide's Motion to Dismiss should be denied as moot simultaneously with the dismissal of Worldwide from this lawsuit.

WHEREFORE, PREMISES CONSIDERED, Plaintiff, Heartbrand Beef, Inc. and Defendant, Worldwide Media, Inc. pray that this Court dismiss Defendant Worldwide Media, Inc. with prejudice, from this lawsuit and deny Defendant Worldwide Media, Inc.'s pending Motion to Dismiss (Docket No. 27) as moot.

Respectfully submitted,

By: _____
Ted D. Lee
State Bar No. 12137700
GUNN & LEE, P.C.
700 North St. Mary's St., Suite 1500
San Antonio, Texas 78205
(210) 886-9500 Telephone
(210) 886-9883 Facsimile
COUNSEL FOR PLAINTIFF
HEARTBRAND BEEF, INC.

By: _____
C. David Kinder
Texas State Bar No. 11432550
Cox Smith Matthews Incorporated
112 E. Pecan Street, Suite 1800
San Antonio, Texas 78205
(210) 554-5500 (Telephone)
(210) 226-8395 (Telefax)
COUNSEL FOR DEFENDANT
WORLDWIDE MEDIA, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on the 5Th day of November, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Annalyn G. Smith
Bracewell & Giuliani, LLP
106 S. St. Mary's Street, Suite 800
San Antonio, TX 78205
**Defendant Yahoo! Inc.**

David S. Fleming
Howard S. Michael
Brinks Hofer Gilson & Lione
455 N. City Front Plz. Dr.
Chicago, IL 60611
**Defendant Yahoo! Inc.**

George A. Yuhas
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
**Defendant Thought Convergence, Inc.**

Randolph Wolfe
Foley & Lardner LLP
100 North Tampa Street
San Francisco, CA 94105
**Defendant Worldwide Media, Inc.**

Gregg S. Baker
New York State Bar No. 2223196
Corrigan & Baker, LLC
1311 Mamaroneck Avenue, Suite 215
White Plains, New York 10605
**Defendant Lobel's Of New York, LLC**

/s/ Ted D. Lee