UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| HEARTBRAND BEEF, INC. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Civil Action No. 6:08-cv-00062 |
| | § | |
| LOBEL'S OF NEW YORK, LLC, | § | |
| WORLDWIDE MEDIA, INC. THOUGHT | § | |
| CONVERGENCE, INC. and YAHOO! INC. | § | |
| Defendants. | § | |

## ORDER

ON THIS DAY, came on for consideration "Joint Motion to Dismiss Defendant, Worldwide Media, Inc. With Prejudice", and the Court, after reviewing the Motion, pleadings and arguments of counsels is of the opinion that the Motion is well taken and should be GRANTED.

IT IS THEREFORE ORDERED that Defendant, Worldwide Media, Inc. is hereby dismissed from this lawsuit with prejudice.

IT IS FURTHER ORDERED that "Worldwide Media, Inc.'s Motion to Dismiss Amended Complaint for Personal Jurisdiction Pursuant to Fed. R. Civ. P. 12(b)(2); or In The Alternative, Motion to Dismiss Amended Complaint for Improper Venue Pursuant to Fed. R. Civ. P. 12(b)(3); or In The Alternative, Motion to Transfer Venue Pursuant to 28 U.S.C. § 1406(a)" (Docket No. 27) is hereby denied as moot.

SIGNED and ORDERED this 7th day of _November_ , 2008.

John D. Rainey
United States District Judge

1