UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| HEARTBRAND BEEF, INC. § § Plaintiff, § § vs. § § LOBEL'S OF NEW YORK, LLC, § WORLDWIDE MEDIA, INC. THOUGHT § CONVERGENCE, INC. and YAHOO! INC.§ Defendants. § | Civil Action No. 6:08-cv-00062 |

## JOINT MOTION TO DISMISS
## DEFENDANT, THOUGHT CONVERGENCE, INC. WITH PREJUDICE

Plaintiff, Heartbrand Beef, Inc. ("Heartbrand") and Defendant, Thought Convergence, Inc. ("Thought Convergence") hereby jointly file this "Joint Motion to Dismiss Defendant, Thought Convergence, Inc. With Prejudice", and jointly state the following:

1. Heartbrand and Thought Convergence have resolved the differences and disputes between them with regard to the above-styled and numbered cause.

2. The resolution of the differences between Heartbrand and Thought Convergence are memorialized in a Confidential Settlement Agreement.

3. Pursuant to the terms of the Confidential Settlement Agreement, Heartbrand and Thought Convergence jointly move the Court to dismiss Thought Convergence from this lawsuit with prejudice.

1

WHEREFORE, PREMISES CONSIDERED, Plaintiff, Heartbrand Beef, Inc. and Defendant, Thought Convergence, Inc. pray that this Court dismiss Defendant Thought Convergence, Inc. with prejudice, from this lawsuit.

Respectfully submitted,

By: _____
Ted D. Lee
State Bar No. 12137700
GUNN & LEE, P.C.
700 North St. Mary's St., Suite 1500
San Antonio, Texas 78205
(210) 886-9500 Telephone
(210) 886-9883 Facsimile
COUNSEL FOR PLAINTIFF
HEARTBRAND BEEF, INC.

By: _____
George A. Yuhas
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
COUNSEL FOR DEFENDANT
THOUGHT CONVERGENCE, INC.

# CERTIFICATE OF SERVICE

I hereby certify that on the \_\_11\_\_ day of November, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Annalyn G. Smith
Bracewell & Giuliani, LLP
106 S. St. Mary's Street, Suite 800
San Antonio, TX 78205
**Defendant Yahoo! Inc.**

David S. Fleming
Howard S. Michael
Brinks Hofer Gilson & Lione
455 N. City Front Plz. Dr.
Chicago, IL 60611
**Defendant Yahoo! Inc.**

Randolph Wolfe
Foley & Lardner LLP
100 North Tampa Street
San Francisco, CA 94105
**Defendant Thought Convergence, Inc.**

Gregg S. Baker
New York State Bar No. 2223196
Corrigan & Baker, LLC
1311 Mamaroneck Avenue, Suite 215
White Plains, New York 10605
**Defendant Lobel's Of New York, LLC**

C. David Kinder
Texas State Bar No. 11432550
Cox Smith Matthews Incorporated
112 E. Pecan Street, Suite 1800
San Antonio, Texas 78205
(210) 554-5500 (Telephone)
(210) 226-8395 (Telefax)
**Defendant Worldwide Media, Inc.**

/s/ Ted D. Lee