UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| HEARTBRAND BEEF, INC. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Civil Action No. 6:08-cv-00062 |
| | § | |
| LOBEL'S OF NEW YORK, LLC, | § | |
| WORLDWIDE MEDIA, INC. THOUGHT | § | |
| CONVERGENCE, INC. and YAHOO! INC. | § | |
| Defendants. | § | |

## CERTIFICATE OF CONFERENCE
## REGARDING "JOINT MOTION TO DIMISS
## DEFENDANT, THOUGHT CONVERGENCE, INC. WITH PREJUDICE"

Plaintiff, Heartbrand Beef, Inc. ("Heartbrand") hereby files this "Certificate of Conference Regarding 'Joint Motion to Dismiss Defendant, Thought Convergence, Inc. With Prejudice'". On November 11, 2008, Heartbrand and Defendant, Thought Convergence, Inc. ("Thought Convergence") filed a "Joint Motion to Dismiss Defendant, Thought Convergence, Inc. With Prejudice". [1] Because the Motion was filed as a Joint Motion, it was not believed that a Certificate of Conference was needed. However, the undersigned has been informed by the Clerk's Office for the United States District Court for the Southern District of Texas, Victoria Division, that a Certificate of Conference is needed.

Therefore, the undersigned counsel hereby certifies that counsel for Heartbrand conferred with Thought Convergence's counsel, regarding the "Joint Motion to Dismiss Defendant, Thought Convergence, Inc. With Prejudice" prior to filing that Motion on November 11, 2008, and again today, and counsel for Thought Convergence indicated that Thought Convergence did not then, and does not now, oppose the filing of the Motion.

---

[1] Docket No. 54.

WHEREFORE, PREMISES CONSIDERED, Plaintiff, Heartbrand Beef, Inc. prays that this Court dismiss Thought Convergence, Inc. with prejudice from this lawsuit.

Respectfully submitted,


By: ___/s/ Ted D. Lee_____
    Ted D. Lee
    State Bar No. 12137700
    GUNN & LEE, P.C.
    700 North St. Mary's St., Suite 1500
    San Antonio, Texas 78205
    (210) 886-9500 Telephone
    (210) 886-9883 Facsimile
    COUNSEL FOR PLAINTIFF
    HEARTBRAND BEEF, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on the __3rd__ day of December, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Annalyn G. Smith
Bracewell & Giuliani, LLP
106 S. St. Mary's Street, Suite 800
San Antonio, TX 78205
**Defendant Yahoo! Inc.**

David S. Fleming
Howard S. Michael
Brinks Hofer Gilson & Lione
455 N. City Front Plz. Dr.
Chicago, IL 60611
**Defendant Yahoo! Inc.**

George A. Yuhas
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
**Defendant Thought Convergence, Inc.**

Randolph Wolfe
Foley & Lardner LLP
100 North Tampa Street
San Francisco, CA 94105
**Defendant Thought Convergence, Inc.**

Gregg S. Baker
New York State Bar No. 2223196
Corrigan & Baker, LLC
1311 Mamaroneck Avenue, Suite 215
White Plains, New York 10605
**Defendant Lobel's Of New York, LLC**

C. David Kinder
Texas State Bar No. 11432550
Cox Smith Matthews Incorporated
112 E. Pecan Street, Suite 1800
San Antonio, Texas  78205
(210) 554-5500 (Telephone)
(210) 226-8395 (Telefax)
**Defendant Worldwide Media, Inc.**

　　　__/s/ Ted D. Lee_____