UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| HEARTBRAND BEEF, INC. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Civil Action No. 6:08-cv-00062 |
| | § | |
| LOBEL'S OF NEW YORK, LLC, | § | |
| WORLDWIDE MEDIA, INC. THOUGHT | § | |
| CONVERGENCE, INC. and YAHOO! INC. | § | |
| Defendants. | § | |

## ORDER

ON THIS DAY, came on for consideration "Joint Motion to Dismiss Defendant, Thought Convergence, Inc. With Prejudice", and the Court, after reviewing the Motion, pleadings and arguments of counsels is of the opinion that the Motion is well taken and should be GRANTED.

IT IS THEREFORE ORDERED that Defendant, Thought Convergence, Inc. is hereby dismissed from this lawsuit with prejudice.

SIGNED and ORDERED this 4th day of _December_, 2008.

John D. Rainey
United States District Judge