UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| HEARTBRAND BEEF, INC., | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. V-08-62 |
| LOBEL'S OF NEW YORK, LLC; WORLDWIDE MEDIA, INC.; THOUGHT CONVERGENCE, INC.; and YAHOO! INC., | § § § § § § | |
| Defendants. | § | |

## ORDER

On February 10, 2009, Plaintiff filed a Notice of Dismissal as to defendant Yahoo!. Dkt. No. 59. Defendants Lobel's of New York, Worldwide Media, and Thought Convergence were all previously dismissed. Dkt. Nos. 52, 53, 57. Yahoo! has filed neither an answer nor a motion for summary judgment. Thus, Plaintiff's notice of dismissal is sufficient to dismiss Yahoo! from the case. FED. R. CIV. P. 41(a)(1).

Accordingly, it is ORDERED that the plaintiff's claims and causes of action are DISMISSED without prejudice. Each party shall be responsible for its own costs and attorneys' fees.

This is a FINAL JUDGMENT.

Signed this 11th day of February, 2009.

JOHN D. RAINEY
UNITED STATES DISTRICT JUDGE